IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COURTNEY BOWLES-SNAILER<br><br>*Plaintiffs*,<br><br>v.<br><br>TEXOMA LABS, INC.,<br><br>*Defendants*. | Case No. CIV-22-139-RAW-GLJ |

### ORDER

Before the court is Plaintiff's Motion for Default Judgment against Defendant Texoma Labs, Inc. [Docket No. 42] and the United States Magistrate Judge Jackson's Report and Recommendation ("R&R) [Docket No. 43]. This case was referred to Magistrate Judge Jackson for all pretrial and discovery matters, including dispositive motions, pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72 and 73.

Because Defendant failed to appear, plead, or otherwise defend this action after being properly served, default has been entered by the clerk [Docket No. 41], the factual allegations contained in Plaintiff's Amended Complaint [Docket No. 15] being taken as true. *United States v. Real Prop. Known as 7208 E. 65th Place, Tulsa, Oklahoma,* 2017 WL 5476398, at *2 (N.D. Okla. Feb. 17, 2017).

Upon consideration of the motion, the briefing, and the record, the Magistrate Judge issued the R&R on June 9, 2023, recommending that Plaintiffs' Motion for Default Judgment be GRANTED and that Plaintiff be awarded the following: on her FMLA claims $61,436.00 for backpay and liquidated damages and $14,248.00 for front pay, and on her OPLA claim $1,390.32 for wages due and liquidated damages. Costs and reasonable attorneys' fees may be

awarded if timely application is made therefor.  Any objections to the R&R were to be filed within fourteen days.   No objections have been filed.

The court finds that the R&R is well-supported by the evidence and the prevailing legal authority.  Accordingly, the R&R [Docket No. 43] is hereby AFFIRMED and ADOPTED as this court's Findings and Order.  Plaintiff's Motion for Default Judgment [Docket No. 42] is hereby GRANTED and damages are awarded as specified above.

**IT IS SO ORDERED** this 10th day of August, 2023.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**