IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COURTNEY BOWLES-SNAILER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-139-RAW |
| ) | |
| TEXOMA LABS, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge. It recommends that the plaintiff's motion for writ of execution be granted. No objection has been filed. The court has reviewed the record.

It is the order of the court that the Report and Recommendation (#54) is affirmed and adopted as the order of the court. The plaintiff's motion for writ of execution (#52) is granted. The proposed writ of execution (#54-1) shall be issued.

**ORDERED THIS 26th DAY OF FEBRUARY, 2024.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma